1  Marcia Hofmann (SBN 250087)
   *marcia@eff.org*
2  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
3  San Francisco, CA 94110
   Telephone: (415) 436-9333
4  Facsimile: (415) 436-9993

5  David L. Sobel *(pro hac vice pending)*
   *sobel@eff.org*
6  ELECTRONIC FRONTIER FOUNDATION
   1875 Connecticut Ave. NW
7  Suite 650
   Washington, DC 20009
8  Telephone: (202) 797-9009 x104
   Facsimile: (202) 707-9066
9
   Attorneys for Plaintiff
10 ELECTRONIC FRONTIER FOUNDATION

11

12                    UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15 ELECTRONIC FRONTIER FOUNDATION )  CV 08 1023
                                  )
16              Plaintiff,         )  **CERTIFICATION OF INTERESTED**
                                  )  **ENTITIES OR PERSONS**
17      v.                         )
                                  )
18 OFFICE OF THE DIRECTOR OF NATIONAL )
   INTELLIGENCE                   )
19                                 )
                                  )
20   and                           )
                                  )
21 DEPARTMENT OF JUSTICE,          )
                                  )
22                                 )
                                  )
23              Defendants.        )
                                  )
24

25      Pursuant to Civil Local Rule 3-16, Plaintiff Electronic Frontier Foundation certifies that to

26 its knowledge, no entities other than the parties themselves have either: (i) a financial interest (of

27 any other kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind

28

-1-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1 | of interest that could be substantially affected by the outcome of the proceeding.

DATED: February 20, 2008        By _____
                                    Marcia Hofmann, Esq.
                                    ELECTRONIC FRONTIER FOUNDATION
                                    454 Shotwell Street
                                    San Francisco, CA 94110
                                    Telephone: (415) 436-9333
                                    Facsimile: (415) 436-9993

                                    David L. Sobel *(pro hac vice pending)*
                                    ELECTRONIC FRONTIER FOUNDATION
                                    1875 Connecticut Ave. NW
                                    Suite 650
                                    Washington, DC 20009
                                    Telephone: (202) 797-9009 x104
                                    Facsimile: (202) 707-9066

                                    Attorneys for Plaintiff
                                    ELECTRONIC FRONTIER FOUNDATION