# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 25 PM 1:34

E-filing

ELECTRONIC FRONTIER FOUNDATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE and DEPARTMENT OF JUSTICE

CV 08 1023 EDL

TO: (Name and address of defendant)
OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, Washington, DC 20511

*And the Above Named Defendants*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Marcia Hofmann, ELECTRONIC FRONTIER FOUNDATION, 454 Shotwell Street, San Francisco, CA 94110

an answer to the complaint which is herewith served upon you, within 30 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE February 20, 2008

(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    Date                              *Signature of Server*

                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure