Marcia Hofmann (SBN 250087)
marcia@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

David L. Sobel *(pro hac vice pending)*
sobel@eff.org
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE<br><br>  and<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendants. | NO. 08-1023 EDL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO SHORTEN TIME FOR A HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Good cause having been shown and pursuant to Federal Rule of Civil Procedure 6(d), it is

**HEREBY ORDERED**:

The hearing on Plaintiff's Motion for Preliminary Injunction is scheduled for March 25, 2008. The moving papers for that motion have already been filed and served on Defendants.

-1-

-2-

1  Defendants' Opposition shall be filed no later than March 7, 2008.

2  Plaintiff's reply shall be filed no later than March 12, 2008.

\*     \*     \*

**ORDER**

IT IS SO ORDERED.

DATED: _____     _____