1    JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
2    CARL J. NICHOLS
Deputy Assistant Attorney General
3    JOSEPH P. RUSSONIELLO
United States Attorney
4    ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch
5    ANDREW I. WARDEN (IN Bar No. 23840-49)
Trial Attorney, U.S. Department of Justice
6    Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7332
7    Washington, D.C. 20530
Telephone: (202) 616-5084
8    Facsimile: (202) 616-8460
Andrew.Warden@usdoj.gov

9

*Attorneys for Defendants*

10

## UNITED STATES DISTRICT COURT

11

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

## SAN FRANCISCO DIVISION

13

14    _____
                                                    )    No. 08-1023 EDL
         ELECTRONIC FRONTIER FOUNDATION,    )
15                                                  )    **NOTICE OF ATTORNEY**
                      Plaintiff,                    )    **APPEARANCE**
16                                                  )
                v.                                  )
17                                                  )
         OFFICE OF THE DIRECTOR OF NATIONAL  )
18    INTELLIGENCE and UNITED STATES         )
         DEPARTMENT OF JUSTICE                 )
19                                                  )
                                                    )
20                    Defendants,                   )
         _____)

21

22

23         PLEASE TAKE NOTICE that Andrew I. Warden, United States Department of Justice,

Civil Division, hereby enters his appearance as counsel of record on behalf of all defendants in
24
the above-captioned matter.
25

26

27

28    Notice of Attorney Appearance, No. 08-1023 EDL

1   Dated: March 5, 2008                    Respectfully submitted,

2                                           JEFFREY S. BUCHOLTZ
                                            Acting Assistant Attorney General
3
                                            CARL J. NICHOLS
4                                           Deputy Assistant Attorney General

5                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney
6
                                            ELIZABETH J. SHAPIRO
7                                           Assistant Director, Federal Programs Branch

8                                           */S/ Andrew I. Warden*
                                            ANDREW I. WARDEN (IN Bar No. 23840-49)
9                                           Trial Attorney, U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
10                                          20 Massachusetts Ave., N.W., Room 7332
                                            Washington, D.C. 20530
11                                          Telephone: (202) 616-5084
                                            Facsimile: (202) 616-8460
12                                          E-mail: Andrew.Warden@usdoj.gov

13                                          *Attorneys for Defendants*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Notice of Attorney Appearance, No. 08-1023 EDL