JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch
ANDREW I. WARDEN (IN Bar No. 23840-49)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7332
Washington, D.C. 20530
Telephone: (202) 616-5084
Facsimile: (202) 616-8460
Andrew.Warden@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE and UNITED STATES DEPARTMENT OF JUSTICE<br><br>Defendants, | No. C 08-1023 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

Pursuant to 28 U.S.C. § 636(c) and Local Civil Rule. 73-1, defendants Office of the Director of National Intelligence and United States Department of Justice hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition. Defendants hereby request the reassignment of this case to a United States District Judge.

1  Further, defendants hereby inform the Court that today Judge Susan Illston denied
2  plaintiff's administrative motion to designate the above-captioned case as a related case to
3  *Electronic Frontier Foundation v. ODNI*, No. 07-5278 SI, for purposes of judicial assignment.
4  *See* attached order entered as dkt. no. 45.  Consistent with the terms of Judge Illston's order, the
5  above-captioned case should be reassigned to a United States District Judge pursuant to the
6  Court's General Order 44.

8  Dated: March 5, 2008                    Respectfully submitted,

9                                          JEFFREY S. BUCHOLTZ
                                           Acting Assistant Attorney General

10                                         CARL J. NICHOLS
11                                         Deputy Assistant Attorney General

12                                         JOSEPH P. RUSSONIELLO
                                           United States Attorney
13
                                           ELIZABETH J. SHAPIRO
14                                         Assistant Director, Federal Programs Branch

15                                         */S/ Andrew I. Warden*
                                           ANDREW I. WARDEN (IN Bar No. 23840-49)
16                                         Trial Attorney, U.S. Department of Justice
                                           Civil Division, Federal Programs Branch
17                                         20 Massachusetts Ave., N.W., Room 7332
                                           Washington, D.C. 20530
18                                         Telephone: (202) 616-5084
                                           Facsimile: (202) 616-8460
19                                         E-mail: Andrew.Warden@usdoj.gov

20                                         *Attorneys for Defendants*

# EXHIBIT 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>Defendant, | No. C 07-5278 SI<br><br>**ORDER** |

Upon consideration of Plaintiff's Administrative Motion To Consider Whether Cases Should Be Related (dkt. no. 40), and defendant's opposition thereto, it is hereby ORDERED as follows

1) Plaintiff's motion is DENIED; and

2) *Electronic Frontier Foundation v. ODNI*, No. 08-1023 EDL, shall be assigned pursuant to General Order 44 of this Court.

IT IS SO ORDERED.
    2/29/08
Dated: ~~March ___, 200~~8.

_____
UNITED STATES DISTRICT JUDGE

No. C 07-5278 SI – Order    1