**United States District Court**
For the Northern District of California

1
2
3
4                           UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6
   ELECTRONIC FRONTIER FOUNDATION,
7
                Plaintiff,                          No. C-08-01023 EDL
8
        v.                                          NOTICE OF IMPENDING
9                                                   REASSIGNMENT TO A UNITED
                                                    STATES DISTRICT COURT JUDGE
10
   OFFICE OF THE DIRECTOR OF
11   NATIONAL INTELLIGENCE,
12                Defendant.
                                                        /
13
           The Clerk of this Court will now randomly reassign this case to a United States District Judge
14
   because either:
15
   **XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge
16
   or has not consented to the jurisdiction of a United States Magistrate Judge, or
17
           (2)   One or more of the parties has sought a type of judicial action (e.g., a temporary
18
   restraining order) that a United States Magistrate Judge may not take without the consent of all parties,
19
   the necessary consents have not been secured, and time is of the essence.
20
           The CASE MANAGEMENT CONFERENCE previously scheduled for May 27, 2008, at 10:00
21
   a.m. on Magistrate Judge Laporte's calendar will NOT be held.
22
23
   Dated:  March 5, 2008
24
                                                    Richard W. Wieking, Clerk
                                                    United States District Court
25
                                                    _Lili M. Harrell_
26                                                  By: Lili M. Harrell
                                                    Deputy Clerk
27
28