JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch
ANDREW I. WARDEN (IN Bar No. 23840-49)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7332
Washington, D.C. 20530
Telephone: (202) 616-5084
Facsimile: (202) 616-8460
Andrew.Warden@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE and UNITED STATES DEPARTMENT OF JUSTICE<br><br>　　　　Defendants, | No. 08-1023 JSW<br><br>**STIPULATION TO EXCEED PAGE LIMIT FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

　　　　Pursuant to Local Civil Rule 7-12, the parties hereby stipulate that defendants' opposition to plaintiff's motion for preliminary injunction shall not exceed twenty-five pages in length. *See* Standing Civil Order 6 ("all briefs, with the exception of summary judgment motions and claims constructions briefs, may not exceed fifteen pages in length"). Plaintiff has filed a twenty-five

Stipulation to Exceed Page Limit, No. 08-1023 JSW

page motion for preliminary injunction and defendants respectfully request twenty-five pages to respond to plaintiff's motion.

DATED:   March 10, 2008                    Respectfully submitted,

David L. Sobel, Esq. (*pro hac vice*)         JEFFREY S. BUCHOLTZ
ELECTRONIC FRONTIER FOUNDATION               Acting Assistant Attorney General
1875 Connecticut Ave. NW
Suite 650                                    CARL J. NICHOLS
Washington, DC  20009                        Deputy Assistant Attorney General
Telephone: (202) 797-9009 x104
Facsimile: (202) 797-9066                    JOSEPH P. RUSSONIELLO
                                             United States Attorney

/s/_____                         ELIZABETH J. SHAPIRO
Kurt Opsahl, Esq.                            Assistant Director, Federal Programs Branch
Marcia Hofmann, Esq.
ELECTRONIC FRONTIER FOUNDATION
 454 Shotwell Street                         /s/_____
San Francisco, CA  94110                     ANDREW I. WARDEN (IN Bar No. 23840-49)
Telephone: (415) 436-9333                    Trial Attorney, U.S. Department of Justice
Facsimile: (415) 436-9993                    Civil Division, Federal Programs Branch
                                             20 Massachusetts Ave., N.W., Room 7332
*Attorneys for Plaintiff*                    Washington, D.C. 20530
*Electronic Frontier Foundation*             Telephone: (202) 616-5084
                                             Facsimile: (202) 616-8460
                                             E-mail: Andrew.Warden@usdoj.gov

                                             *Attorneys for Defendants*

***

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  March ___, 2008

                              _____
                              Honorable Jeffrey S. White
                              United States District Judge

Stipulation to Exceed Page Limit, No. 08-1023 JSW