Marcia Hofmann (250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993

David L. Sobel *(pro hac vice pending)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE<br><br>　and<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　　　　　　　　Defendants. | NO. 08-1023 JSW<br><br>**RENOTICE OF MOTION FOR A PRELIMINARY INJUNCTION**<br><br>[Motion for Preliminary Injunction, Points and Authorities in Support of Motion for Preliminary Injunction, Declaration of Marcia Hofmann, and Proposed Order Filed Separately, Docket Nos. 7, 8 and 9]<br><br>Date:　May 9, 2008<br>Time:　9:00 a.m.<br>Courtroom 2, 17th Floor |

TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 9, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 2 on the 17th Floor of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, Plaintiff Electronic Frontier Foundation ("EFF") will, and hereby does, move for an order granting preliminary injunctive relief.

Pursuant to Federal Rule of Civil Procedure 65, EFF seeks to enjoin the Office of the Director of National Intelligence ("ODNI") and the Department of Justice ("DOJ") from impeding EFF's efforts to expeditiously obtain agency records through the Freedom of Information Act concerning a lobbying campaign to amend federal surveillance law, particularly to insulate telecommunications carriers from liability for their cooperation in widespread and illegal government surveillance. EFF respectfully asks that this Court issue an order requiring Defendants to expedite the processing of EFF's Freedom of Information Act requests, and to complete their processing within 10 days of the Court's order. The motion is based on this notice of motion, the memorandum of points and authorities in support of the motion, the declaration of Marcia Hofmann and attached exhibits in support of the motion, and all papers and records on file with the Clerk or which may be submitted prior to or at the time of the hearing, and any further evidence which may be offered.

DATED: March 10, 2008      /s/ Marcia Hofmann
                           Marcia Hofmann, Esq.
                           ELECTRONIC FRONTIER FOUNDATION
                           454 Shotwell Street
                           San Francisco, CA  94110
                           Telephone:  (415) 436-9333
                           Facsimile:  (415) 436-9993

-2-
PL.'S AMENDED NOTICE OF MOT. FOR PRELIM. INJ

David L. Sobel (*pro hac vice pending*)
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION