JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch
ANDREW I. WARDEN (IN Bar No. 23840-49)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7332
Washington, D.C. 20530
Telephone: (202) 616-5084
Facsimile: (202) 616-8460
Andrew.Warden@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>  Plaintiff,<br><br>  v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE and UNITED STATES DEPARTMENT OF JUSTICE<br><br>  Defendants, | No. 08-1023 JSW<br><br>**STIPULATION TO EXCEED PAGE LIMIT FOR DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Local Civil Rule 7-12, the parties hereby stipulate that defendants' opposition to plaintiff's motion for preliminary injunction shall not exceed twenty-five pages in length. *See* Standing Civil Order 6 ("all briefs, with the exception of summary judgment motions and claims constructions briefs, may not exceed fifteen pages in length"). Plaintiff has filed a twenty-five

Stipulation to Exceed Page Limit, No. 08-1023 JSW

page motion for preliminary injunction and defendants respectfully request twenty-five pages to respond to plaintiff's motion.

| | |
|---|---|
| DATED:   March 10, 2008 | Respectfully submitted, |
| David L. Sobel, Esq. (*pro hac vice*)<br>ELECTRONIC FRONTIER FOUNDATION<br>1875 Connecticut Ave. NW<br>Suite 650<br>Washington, DC  20009<br>Telephone: (202) 797-9009 x104<br>Facsimile: (202) 797-9066 | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General<br><br>CARL J. NICHOLS<br>Deputy Assistant Attorney General<br><br>JOSEPH P. RUSSONIELLO<br>United States Attorney |
| /s/_____<br>Kurt Opsahl, Esq.<br>Marcia Hofmann, Esq.<br>ELECTRONIC FRONTIER FOUNDATION<br> 454 Shotwell Street<br>San Francisco, CA  94110<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993<br><br>*Attorneys for Plaintiff*<br>*Electronic Frontier Foundation* | ELIZABETH J. SHAPIRO<br>Assistant Director, Federal Programs Branch<br><br>/s/_____<br>ANDREW I. WARDEN (IN Bar No. 23840-49)<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 7332<br>Washington, D.C. 20530<br>Telephone: (202) 616-5084<br>Facsimile: (202) 616-8460<br>E-mail: Andrew.Warden@usdoj.gov<br><br>*Attorneys for Defendants* |

\*\*\*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March  10 , 2008

_____
Honorable Jeffrey S. White
United States District Judge

Stipulation to Exceed Page Limit, No. 08-1023 JSW