Marcia Hofmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

David L. Sobel *(pro hac vice pending)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE <br><br> and <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendants. | NO. 08-1023 JSW <br><br> **DECLARATION OF MARCIA HOFMANN IN SUPPORT OF AMENDED APPLICATION FOR AN ORDER TO SHORTEN TIME FOR A HEARING ON PALINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Date: TBD <br> Time: TBD <br> Courtroom: 2, 17th Floor <br> Judge: Hon. Jeffrey S. White |

1.  I am an attorney of record for Plaintiff Electronic Frontier Foundation ("EFF") in this matter and a member in good standing of the California State Bar, and am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

-1-

2. This declaration is submitted in support of EFF's Amended Application for an Order to Shorten Time For a Hearing on Plaintiff's Motion for a Preliminary Injunction. EFF asks respectfully requests that the Court shorten the time for a hearing on EFF's Motion for a Preliminary Injunction to April 4, 2008 or the next available date. The motion is currently noticed for a hearing on May 9, 2008.

3. The Court should hear the Motion for a Preliminary Injunction on shortened time because the very nature of the right that EFF seeks to vindicate in this matter depends upon timeliness. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking the expedited processing and release of records held by the Office of the Director of National Intelligence ("ODNI") and the Department of Justice ("DOJ") concerning a lobbying campaign to amend federal surveillance law, particularly to insulate telecommunications carriers from liability for their cooperation in widespread and illegal government surveillance. This lawsuit seeks to compel Defendants to process the requested records expeditiously under the Freedom of Information Act ("FOIA") because they involve a matter about which there is an "urgency to inform the public about actual or alleged [f]ederal [g]overnment activity," and are sought by "a person primarily engaged in disseminating information." 5 U.S.C. § 552(a)(6)(E)(v)(II), 32 C.F.R. § 1700.12(c)(2), and 28 C.F.R. § 16.5(d)(1)(ii). Both agencies have conceded that EFF's FOIA requests satisfy this statutory standard and the agencies' own implementing regulations, and are therefore legally entitled to be processed in an expedited manner. Notwithstanding ODNI and DOJ's purported decisions to expedite the processing of EFF's FOIA requests, however, the agencies have to date neither completed the processing of EFF's requests, nor informed EFF of an anticipated date for the completion of the processing of the requests. Furthermore, both ODNI and DOJ have exceeded the generally applicable 20-day statutory deadline for processing a standard, non-expedited FOIA request.

4.     This Court should also hear the matter on shortened time because the subject matter of EFF's requests is directly relevant to Congress' ongoing debate about whether to immunize telecommunications companies against legal liability for participating in unlawful government surveillance. As of the filing of this lawsuit, the House of Representatives has passed legislation that would amend the Foreign Intelligence Surveillance Act ("FISA"), but would not shield telecommunications companies from civil liability for their role in the government's warrantless surveillance program. H.R. 3773 (as passed by House). On February 12, 2008, however, the Senate passed its own version of legislation to amend FISA, which purports to require dismissal of any state or federal lawsuit against a carrier for facilitating government surveillance if the Attorney General certifies to the court that the company was assisting in certain intelligence activity authorized by the President. H.R. 3773, FISA Amendments Act of 2008 (engrossed amendment as agreed to by Senate). The day before EFF filed its Motion for Preliminary Injunction, President Bush told reporters that amending FISA is a "very urgent priority" for the Administration. Press Conference of the President, Feb. 28, 2008, http://www.whitehouse.gov/news/releases/2008/02/20080228-2.html (attached to Declaration of Marcia Hofmann in Support of Plaintiff's Motion for a Preliminary Injunction as Ex. J.)

5.     A hearing on shortened time is also necessary because EFF's repeated efforts to negotiate a processing schedule with Defendants have been unsuccessful. On February 20, 2008, I phoned Andrew I. Warden, Trial Attorney at the Department of Justice, to inform him that EFF had filed the complaint in the above-captioned matter. The following day, I told Mr. Warden that EFF wanted to explore the possibility of negotiating a processing schedule for EFF's FOIA requests to eliminate the need for further action in this case. Mr. Warden and I discussed surveillance reform legislation currently pending in the House and Senate, and I told Mr. Warden that EFF would consider seeking preliminary injunctive relief in the absence of an agreement to process EFF's

-3-

requests in a timely manner. On February 27, 2008, Mr. Warden and I spoke again regarding the above-captioned case, but were unable to reach a mutually agreeable processing schedule for EFF's FOIA requests. On February 28, 2008, I informed Mr. Warden of my intention to move for a preliminary injunction if EFF and Defendants had not reached a firm agreement on the processing of EFF's FOIA requests by February 29, 2008. As of this filing, the parties have reached no processing agreement, no documents have been produced, and Mr. Warden has not indicated when EFF's requests will be processed.

6. Under the statutory scheme Congress established in the FOIA, timing is a critical component of expedited processing, and unless ODNI and DOJ are ordered to process EFF's requests immediately, EFF's right to expedition under the FOIA will be irretrievably lost. Moreover, any further delay in the processing of EFF's FOIA requests will irreparably harm EFF's ability, and that of the public, to obtain timely information vital to the current and ongoing debate surrounding whether Congress should amend FISA, particularly to render telecommunications carriers immune from legal liability for their complicity in the government's warrantless surveillance program.

7. Mr. Warden indicated that Defendants were not in a position as of the filing of this amended application to stipulate to a hearing of EFF's Motion for a Preliminary Injunction on the accelerated schedule proposed by EFF.

8. Attached is a proposed order granting this amended application. EFF respectfully requests that the Court set the following expedited briefing and hearing schedule: Defendants' opposition to EFF's Motion for a Preliminary Injunction will be filed no later than March 21, 2008; EFF's reply to Defendants' opposition to EFF's Motion for a Preliminary Injunction will be filed no later than March 26, 2008; and the Court's hearing on EFF's Motion for a Preliminary Injunction will be held April 4, 2008, at 9:00 a.m.

9. Plaintiff filed an Application for Order to Shorten Time For a Hearing on Plaintiff's Motion for a Preliminary Injunction on February 29, 2008, which the Defendants have opposed and the Court has not decided. On March 11, 2008, Courtroom Deputy Jennifer Ottolini advised that the pending application must be refiled. Otherwise, the parties have sought no previous time modifications in the case, either by stipulation or Court order.

10. If the Court grants the Amended Application for an Order to Shorten Time For a Hearing on Plaintiff's Motion for a Preliminary Injunction, the Defendants' deadline to oppose the motion, EFF's deadline to reply to the opposition, and hearing on the motion will be accelerated by five weeks.

11. On February 28, 2008, Leticia Perez, Legal Secretary for EFF, served copies of the complaint, summonses, and orders of this Court via certified mail on Defendants ODNI and DOJ, as well as the United States Attorney General and United States Attorney for the Northern District of California, as required by Fed. R. Civ. P. 4(i)(1)(a)-(c). The United States Postal Service's confirmation that these mailings were received is attached hereto as Exhibit A.

12. The undersigned hereby certifies that the Amended Application for an Order to Shorten Time For a Hearing on Plaintiff's Motion for a Preliminary Injunction is made in good faith and for just cause.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief. Executed March 11, 2008 in San Francisco, California.

*/s/ Marcia Hofmann*
Marcia Hofmann

# EXHIBIT A

Case 3:08-cv-01023-JSW    Document 29-2    Filed 03/11/2008    Page 1 of 6









Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0002 9124 5317**
Status: **Delivered**

Your item was delivered at 4:43 AM on March 4, 2008 in WASHINGTON, DC 20530.

( Additional Details > )   ( Return to USPS.com Home > )

### Track & Confirm
Enter Label/Receipt Number.

( Go > )

## Notification Options

### Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0002 9124 5300**
Status: **Delivered**

Your item was delivered at 8:28 AM on March 4, 2008 in WASHINGTON, DC 20505.

( Additional Details > )  ( Return to USPS.com Home > )



**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0002 9124 5287**
Status: **Delivered**

Your item was delivered at 10:55 AM on February 29, 2008 in SAN FRANCISCO, CA 94102.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0002 9124 5294**
Status: **Delivered**

Your item was delivered at 4:43 AM on March 4, 2008 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.



( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA