Marcia Hofmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x112
Facsimile: (415) 436-9993

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE <br><br> and <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | No. C-08-1023 JSW <br><br> **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY TO APPEAR *PRO HAC VICE*** |

David Sobel, an active member in good standing of the bar of the District of Columbia whose business address and telephone number is:

ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW, Suite 650, Washington, DC 20009
Telephone: (202) 797-9009
Facsimile: (202) 707-9066

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

-1-

1  *vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: _____MAR 1 2 2008_____

JEFFREY S. WHITE
United States District Judge

-2-
[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY TO APPEAR *PRO HAC VICE*