Marcia Hofmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

David L. Sobel *(pro hac vice pending)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>  Plaintiff,<br><br>  v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE<br><br>  and<br><br>DEPARTMENT OF JUSTICE,<br><br>  Defendants. | NO. 08-1023 JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S AMENDED APPLICATION TO SHORTEN TIME FOR A HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

Before the Court is the plaintiff's Amended Application to Shorten Time For a Hearing on Plaintiff's Motion for a Preliminary Injunction. This Court, having considered the amended application, the defendants' response, and the entire record, hereby grants the amended application.

Pursuant to Federal Rule of Civil Procedure 6(d) and Local Rule 6-3, the Court has the

-1-

discretion to shorten the time for hearing a motion. *See, e.g., United States v. Fitch*, 472 F.2d 548, 549 n. 5 (9th Cir. 1973), *cert. denied*, 410 U.S. 914 (1973). The plaintiff's Motion for a Preliminary Injunction seeks to compel the defendants to process government records expeditiously under the Freedom of Information Act ("FOIA") because the information requested by the plaintiff involves a matter about which there is an "urgency to inform the public about actual or alleged [f]ederal [g]overnment activity," and are sought by "a person primarily engaged in disseminating information." 5 U.S.C. § 552(a)(6)(E)(v)(II), 32 C.F.R. § 1700.12(c)(2), and 28 C.F.R. § 16.5(d)(1)(ii). The defendants have conceded that the requests satisfy this statutory standard and the agencies' own implementing regulations, and are therefore legally entitled to be processed in an expedited manner. Regardless, the agencies have to date neither processed the requests, nor informed the plaintiff of an anticipated date for completion of processing.

Under the statutory scheme Congress established in the FOIA, it is clear that the plaintiff's rights and the defendants' obligations are based upon timeliness. The plaintiff has been unable to negotiate a processing schedule with the defendants, and the defendants will not be unduly prejudiced by the accelerated briefing schedule the plaintiff seeks.

**IT IS HEREBY ORDERED**:

The hearing on the plaintiff's Motion for a Preliminary Injunction is scheduled for April 4, 2008. The moving papers for that motion have already been filed and served on the defendants.

Defendants' opposition shall be filed no later than March 18, 2008.

Plaintiff's reply shall be filed no later than March 25, 2008.

*   *   *

**ORDER**

IT IS SO ORDERED.

DATED: March 13, 2008            /s/ Jeffrey S. White

-2-