IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 4, 2008  **Court Reporter:** Lydia Zinn


**CASE NO.:  C-08-1023  JSW**

**TITLE:**  Electronic Frontier Foundation v. Office of the Directory of National Ingtelligence


**COUNSEL FOR PLAINTIFF:**  **COUNSEL FOR DEFENDANT:**

**Marcia Hofman**  **Andrew Warden**
**Kurt Opsahl**

**PROCEEDINGS:**    Motion for Preliminary Injunction


**RESULTS:**   *The Court **tentatively GRANTS**  Plaintiff's Motion for Preliminary Injunction.*

   The Court heard argument from counsel.
   Motion is taken under submission.
   A written ruling shall issue.