Marcia Hofmann (250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993

David L. Sobel *(pro hac vice)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>           Plaintiff,<br><br>     v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE<br><br>     and<br><br>DEPARTMENT OF JUSTICE,<br><br>           Defendants. | NO. 08-1023 JSW<br><br>**STIPULATED REQUEST TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:         June 13, 2008<br>Time:        1:30 p.m.<br>Courtroom: 2, 17th Floor |

Plaintiff Electronic Frontier Foundation ("EFF") and Defendants Office of the Director of National Intelligence and Department of Justice hereby stipulate to request that this Court extend the date of case management conference from June 13, 2008 to June 20, 2008, or the Court's

earliest convenience thereafter. The parties jointly request this extension because a conflicting professional obligation requires EFF's counsel to be in Washington, DC on June 13, 2008, the date on which the case management conference is currently scheduled.

Dated:    May 20, 2008                                Respectfully submitted,

| | |
|---|---|
| */s/ Marcia Hofmann*<br>Marcia Hofmann, Esq.<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, CA  94110<br>Telephone:  (415) 436-9333<br>Facsimile:  (415) 436-9993<br><br>David L. Sobel (*pro hac vice*)<br>ELECTRONIC FRONTIER FOUNDATION<br>1875 Connecticut Ave. NW<br>Suite 650<br>Washington, DC  20009<br>Telephone: (202) 797-9009 x104<br>Facsimile: (202) 707-9066<br><br>*Attorneys for Plaintiff*<br>*Electronic Frontier Foundation* | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General<br><br>CARL J. NICHOLS<br>Deputy Assistant Attorney General<br><br>SCOTT N. SCHOOLS<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO<br>Assistant Director, Federal Programs Branch<br><br><br>*/s/ Andrew I. Warden*<br>ANDREW I. WARDEN (IN Bar No. 23840-49)<br>Trial Attorney, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 6120<br>Washington, D.C. 20530<br>Telephone: (202) 616-5084<br>Facsimile: (202) 616-8460<br>E-mail: Andrew.Warden@usdoj.gov<br><br>*Attorneys for Defendant Office of the*<br>*Director of National Intelligence* |

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Andrew I. Warden's concurrence in the filing of this document.

*/s/ Marcia Hofmann*
Marcia Hofmann

\*     \*     \*

1
2  PURSUANT TO STIPULATION, IT IS ORDERED that the case management conference in this
   matter be reset for June 20, 2008 at 1:30 p.m.
3
4
   DATED: _____   _____
5                                    Honorable Jeffrey S. White
                                     United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28