GREGORY G. KATSAS
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch
ANDREW I. WARDEN (IN Bar No. 23840-49)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7332
Washington, D.C. 20530
Telephone: (202) 616-5084
Facsimile: (202) 616-8460
Andrew.Warden@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br> v. <br><br> OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE and UNITED STATES DEPARTMENT OF JUSTICE <br><br> Defendants. | No. C 08-1023 JSW <br><br> **DEFENDANTS' UNOPPOSED MOTION TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE** <br><br> Case Management Conference <br> Date: June 20, 2008 <br> Time: 1:30 p.m. <br> Courtroom: 2, 17th Floor |

Pursuant to Civil Local Rule 16-10(a), counsel for Defendants Office of the Director of

National Intelligence and United States Department of Justice hereby requests to participate by

telephone in the case management conference scheduled to occur at 1:30 p.m. on June 20, 2008

in the above-captioned case. Counsel for defendants is an attorney with the Department of

Justice in Washington, D.C. and believes that the issues to be addressed at the case management

conference can be efficiently handled through his participation by telephone rather than requiring

1  the government to incur the expense of providing for counsel's travel and lodging in San

2  Francisco to attend the conference in person.

3       Defendants' counsel has conferred with plaintiff's counsel, who has no objection to this

4  request.  A proposed order is attached hereto.

5

6

7       Dated: June 9, 2008          Respectfully submitted,

8                                          GREGORY G. KATSAS
                                        Acting Assistant Attorney General

9

10                                          JOSEPH P. RUSSONIELLO
                                        United States Attorney

11                                          ELIZABETH J. SHAPIRO
                                        Assistant Director, Federal Programs Branch

12

13                                          */S/ Andrew I. Warden*

14                                          ANDREW I. WARDEN (IN Bar No. 23840-49)
                                        Trial Attorney, U.S. Department of Justice

15                                          Civil Division, Federal Programs Branch
                                        20 Massachusetts Ave., N.W., Room 6120
                                        Washington, D.C. 20530

16                                          Telephone: (202) 616-5084
                                        Facsimile: (202) 616-8460

17                                          E-mail: Andrew.Warden@usdoj.gov

18                                          *Attorneys for Defendants*

19

20

21

22

23

24

25

26

27

28

1

2

3

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

4

_____     )     No. C 08-1023 JSW

5     ELECTRONIC FRONTIER FOUNDATION,     )

                                              )     **[Proposed] ORDER**

6                                             )

                      Plaintiff,              )

7          v.                                 )

                                              )

8     OFFICE OF THE DIRECTOR OF NATIONAL      )

      INTELLIGENCE and UNITED STATES          )     Case Management Conference

9     DEPARTMENT OF JUSTICE                   )     Date: June 20, 2008

                                              )     Time: 1:30 p.m.

10                    Defendants.             )     Courtroom: 2, 17th Floor

                                              )

11    _____ )

12

13          Good cause having shown, it is HEREBY ORDERED:

14          1.      Defendants' Motion To Participate In Case Management Conference By

15                  Telephone is GRANTED; and

16          2.      Counsel for Defendants is authorized to participate by telephone in the Case

17                  Management Conference in the above-captioned case.

18

19    IT IS SO ORDERED.

20

21    Dated: June ___, 2008.

22

23                                              _____

                                                UNITED STATES DISTRICT JUDGE

24

25

26

27

28