UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE and UNITED STATES DEPARTMENT OF JUSTICE<br><br>　　　　　Defendants. | No. C 08-1023 JSW<br><br>[~~Proposed~~] ORDER<br><br><br>Case Management Conference<br>Date: June 20, 2008<br>Time: 1:30 p.m.<br>Courtroom: 2, 17th Floor |

Good cause having shown, it is HEREBY ORDERED:

1. Defendants' Motion To Participate In Case Management Conference By Telephone is GRANTED; and

2. Counsel for Defendants is authorized to participate by telephone in the Case Management Conference in the above-captioned case.

3. Defendants' counsel shall contact Jennifer Ottolini at (415) 522-4173 by no later than noon on June 16, 2008 to provide a direct land line telephone number.

IT IS SO ORDERED.

Dated: June 9, 2008.

_____
UNITED STATES DISTRICT JUDGE