David L. Sobel *(pro hac vice pending)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Kurt Opsahl (191303)
*kurt@eff.org*
Marcia Hofmann (250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE <br><br> and <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendants. | NO. C 08-1023 JSW <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

TO THE COURT, DEFENDANT AND ITS COUNSEL OF RECORD:

Pursuant to Civil Local Rule 3-12, Plaintiff Electronic Frontier Foundation ("EFF") respectfully submits this administrative motion to request that the Court consider whether two

-1-

cases filed in this District should be related. The actions at issue are *Electronic Frontier Foundation v. Office of the Director of National Intelligence et al.*, No. 08-1023, filed February 20, 2008, currently pending before Judge White, and *Electronic Frontier Foundation v. Office of the Director of National Intelligence et al.*, No. 08-2997, filed June 17, 2008, currently pending before Magistrate Judge Chen. This administrative motion is made on the grounds that 1.) both lawsuits involve substantially the same parties and events, and 2.) assigning both cases to the same judge will decrease the likelihood of unduly burdensome duplication of labor or conflicting results. Local Rule 3-12(b).

Pursuant to Local Rule 3-12(d)(2), EFF states that both actions name the Office of the Director of National Intelligence ("ODNI") and the Department of Justice ("DOJ") as defendants. Both cases were filed pursuant to the Freedom of Information Act, 5, U.S.C. § 552, and are based upon FOIA requests submitted to ODNI and DOJ seeking records related to a lobbying campaign to persuade Congress to amend the Foreign Intelligence Surveillance Act ("FISA"), particularly to let telecommunications companies off the hook for their role in a massive and illegal government surveillance program. Both lawsuits have been filed against the backdrop of a contentious, ongoing congressional debate about whether FISA should be amended to grant telecommunications carriers retroactive legal immunity for their participation in the government's unlawful surveillance efforts.

In each case, EFF asked that its FOIA requests be processed expeditiously because they each concern a matter about which there is "[a]n urgency to inform the public about an actual or alleged federal government activity," and are "made by a person primarily engaged in disseminating information." Each agency purported to grant EFF's requests for such treatment. Nonetheless, in violation of the FOIA and the defendants' own regulations, the defendants failed to process EFF's requests even within the statutory time frame (20 business days) for a standard

request that is *not* entitled to expedited treatment. As such, the cases involve the same legal issues and causes of action: violation of the FOIA for failure to process EFF's FOIA requests within the time frame provided by law.

Plaintiff respectfully asks the Court to determine that these cases are related pursuant to Local Rule 3-12 to make it more convenient for the parties and their counsel to litigate these actions, eliminate the risk of duplicative or inconsistent orders and judgments, and otherwise serve the interests of judicial economy.

DATED: June 18, 2008

David L. Sobel (*pro hac vice pending*)
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

 */s/ Kurt Opsahl*
Kurt Opsahl, Esq.
Marcia Hofmann, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA  94110
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

David L. Sobel *(pro hac vice pending)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Kurt Opsahl (191303)
*kurt@eff.org*
Marcia Hofmann (250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE<br><br>  and<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendants. | NO. C 08-1023 JSW<br><br>**DECLARATION OF MARCIA HOFMANN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1. I am an attorney of record for Plaintiff Electronic Frontier Foundation ("EFF") in this matter and a member in good standing of the California State Bar, and am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

-1-

2. This declaration is submitted in support of EFF's Administrative Motion to Consider Whether Cases Should Be Related.

3. On June 18, 2008, I had a phone conversation with Andrew I. Warden, counsel for defendants Office of the Director of National Intelligence ("ODNI") and Department of Justice ("DOJ") in the above-captioned case. I informed Mr. Warden that EFF had filed the complaint in *Electronic Frontier Foundation v. Office of the Director of National Intelligence et al.*, No. 08-2997, the previous day.

4. During this pone conversation, I informed Mr. Warden of EFF's intention to file an administrative motion in the above-captioned action to consider whether the two cases should be related. Mr. Warden did not agree to stipulate that the cases are related, and stated that the government intends to oppose the motion.

5. I certify that today I emailed Mr. Warden a courtesy copy of the complaint in the new action, as well as served a copy of EFF's Administrative Motion to Consider Whether Cases Should Be Related and the accompanying declaration and proposed order on the defendants via the Court's Electronic Case Filing System.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.  Executed June 18, 2008 in San Francisco, California.

                                              */s/ Marcia Hofmann*_____
                                              Marcia Hofmann

David L. Sobel *(pro hac vice pending)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Kurt Opsahl (191303)
*kurt@eff.org*
Marcia Hofmann (250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE<br><br>and<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendants. | NO. C 08-1023 JSW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Having given full consideration to Plaintiff's Administrative Motion to Consider Whether Cases Should be Related, Defendant's response thereto, and good cause appearing, it is **HEREBY ORDERED** that *Electronic Frontier Foundation v. Office of the Director of National Intelligence*

-2-

*et al.*, No. 08-1023 (filed February 20, 2008) and *Electronic Frontier Foundation v. Office of the Director of National Intelligence et al.*, No. 08-2997 (filed June 17, 2008) are related pursuant to Local Rule 3-12.

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED: _____    _____