IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**             **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: June 20, 2008                 **Court Reporter**: Lydia Zinn

**CASE NO. C- 08-1023 JSW**

**TITLE:** Electronic Frontier Foundation v. Office of the Directory of National Intelligence

**COUNSEL FOR PLAINTIFF:**              **COUNSEL FOR DEFENDANT:**

Marcia Hofman                           Andrew Warden (via telephone)
Kurt Opsahl

**PROCEEDINGS:** Initial Case Management Conference

**RESULTS:**   Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by 6-27-08.

**Briefing schedule for cross-motions for summary judgment:**
   **Opening brief: 8-1-08**
   **Opposition and cross motion: 8-15-08**
   **Opposition to cross and Reply: 8-29-08**
   **Reply: 9-12-08**

**Hearing on Cross-Motions for Summary Judgment: 10-3-08 at 9:00 a.m.**