Marcia Hofmann (250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993

David L. Sobel *(pro hac vice)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE<br><br>　and<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　　　Defendants. | Civil Action No. 3:08-1023 JSW<br><br>**JOINT STATEMENT OF RECONSIDERATION OF ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE** |

Pursuant to the Court's June 20, 2008 order, Plaintiff Electronic Frontier Foundation ("EFF") and Defendants Office of the Director of National Intelligence ("ODNI") and Department of Justice ("DOJ") have reconsidered the possible assignment of this case to a United States Magistrate Judge for all further proceedings. After due consideration, the parties report that they have not agreed to proceed before a United States Magistrate Judge.

DATED: June 27, 2008                                    Respectfully submitted,


/s/ *Marcia Hofmann*                                    GREGORY G. KATSAS
Marcia Hofmann, Esq.                                    Acting Assistant Attorney General
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street                                     JOSEPH P. RUSSONIELLO
San Francisco, CA 94110                                 United States Attorney
Telephone: (415) 436-9333
Facsimile: (415) 436-9993                               ELIZABETH J. SHAPIRO
                                                        Assistant Director, Federal Programs Branch
David L. Sobel, Esq. (*pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW                                /s/ *Andrew I. Warden*
Suite 650                                               ANDREW I. WARDEN (IN Bar No. 23840-49)
Washington, DC 20009                                    Trial Attorney, U.S. Department of Justice
Telephone: (202) 797-9009 x104                          Civil Division, Federal Programs Branch
Facsimile: (202) 797-9066                               20 Massachusetts Ave., N.W., Room 7332
                                                        Washington, D.C. 20530
Attorneys for Plaintiff                                 Telephone: (202) 616-5084
ELECTRONIC FRONTIER FOUNATION                           Facsimile: (202) 616-8460
                                                        E-mail: Andrew.Warden@usdoj.gov

                                                        *Attorneys for Defendants*
                                                        *Office of the Director of National Intelligence and*
                                                        *Department of Justice*


**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Andrew I. Warden's concurrence in the filing of this document.

                                                        /s/ *Marcia Hofmann*
                                                        Marcia Hofmann