GREGORY G. KATSAS
Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

ADAM D. KIRSCHNER (IL Bar No. 6286601)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7126
Washington, D.C. 20530
Telephone: (202) 353-9265
Facsimile: (202) 616-8470
Email: Adam.Kirschner@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE and UNITED STATES DEPARTMENT OF JUSTICE<br><br>Defendants, | No. 08-1023 JSW<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

     PLEASE TAKE NOTICE that Adam D. Kirschner, an attorney with the U.S. Department of Justice, Civil Division, will be appearing in this action on behalf of all defendants in the above-captioned case.

Notice of Appearance, C 08-1023 (JSW).

Dated: July 15, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

*/S/ Adam D. Kirschner*
ADAM D. KIRSCHNER (IL Bar No. 6286601)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7126
Washington, D.C. 20530
Telephone: (202) 353-9265
Facsimile: (202) 616-8470
E-mail: Adam.Kirschner@usdoj.gov

*Attorneys for Defendants*

Notice of Appearance, C 08-1023 (JSW).

-2-