GREGORY G. KATSAS
Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

ADAM D. KIRSCHNER (IL Bar No. 6286601)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7126
Washington, D.C. 20530
Telephone: (202) 353-9265
Facsimile: (202) 616-8470
Email: Adam.Kirschner@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE and UNITED STATES DEPARTMENT OF JUSTICE<br><br>Defendants, | No. 08-1023 JSW<br><br>**STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER** |

THE PARTIES HEREBY STIPULATE, pursuant to Local Rules 6-1(b) and 7-12, that the filing deadline for defendants to file their motion for summary judgment shall be reset from August 1, 2008 to November 7, 2008, and that the accompanying briefing schedule be also reset. In support of this stipulation the parties state the following:

    1.    On June 20, 2008, this Court ordered the following briefing schedule: opening

Stipulation to Extend Time to File Motion for Summary Judgment and [Proposed] Order, C 08-1023 (JSW)

|   |   |   |
|---|---|---|
| 1 |   | brief on August 1, 2008; opposition and cross-motion on August 15, 2008; |
| 2 |   | opposition to cross and reply on August 29, 2008; and reply on September 12, |
| 3 |   | 2008.  The Court further set the hearing for the motions for October 3, 2008 at |
| 4 |   | 9:00 a.m.  <u>See</u> Dkt. No. 55. |
| 5 | 2. | Subsequent to setting this briefing schedule, this Court found that <u>Electronic |
| 6 |   | Frontier Foundation v. Office of the Director of National Intelligence and United |
| 7 |   | States Department of Justice</u>, C 08-2997 (JSW) was related to the above |
| 8 |   | captioned case.  <u>See</u> Dkt. No. 59. |
| 9 | 3. | Extending the summary judgment deadline to November 7, 2008, will enable |
| 10 |   | defendants to file one consolidated summary judgment motion pursuant to |
| 11 |   | Federal Rule of Civil Procedure 42(a)(1) for the two related cases. |
| 12 | 4. | With the extension of the summary judgment deadline, defendants will be able to |
| 13 |   | complete, barring unforeseen circumstances, the processing of Plaintiff's FOIA |
| 14 |   | requests that are the subject of C 08-2997 (JSW) by September 26, 2008, and |
| 15 |   | make interim responses by August 14, 2008 and September 4, 2008.  Should |
| 16 |   | unforeseen circumstances make it impracticable for defendants to comply with |
| 17 |   | this schedule, the plaintiff shall consider in good faith proposals to stipulate to |
| 18 |   | any necessary extensions.  Plaintiff's agreement will not be unreasonably |
| 19 |   | withheld.  In the event that any extension to this production schedule becomes |
| 20 |   | necessary, the parties agree to stipulate to a court ordered production schedule. |
| 21 | 5. | By entering this stipulation, plaintiff does not waive, and hereby reserves the right |
| 22 |   | to argue that the agreed upon production schedule for C 08-2997 (JSW) |
| 23 |   | constitutes a complainant having substantially prevailed for purposes of 5 U.S.C. |
| 24 |   | § 552(a)(4)(E). |
| 25 | 6. | Defendants assert that without extending the deadline for defendants' summary |

Stipulation to Extend Time to File Motion for Summary Judgment and [Proposed] Order, C 08-1023 (JSW)

- 2 -

judgment motion in the above captioned case, they would not be able to meet this schedule agreed upon by the parties.

7. The parties thereby stipulate between themselves and propose to the Court that defendants file a consolidated summary judgment motion pursuant to Federal Rule of Civil Procedure 42(a)(1) by November 7, 2008; plaintiff files its opposition brief and cross-motion for summary judgment, if any, by November 21, 2008; defendants file their opposition brief, if any, and reply by December 9, 2008; plaintiff files its reply, if any, by December 16, 2008; and the Court notice the hearing on the cross-motions for summary judgment for January 9, 2008, or for another date at the Court's convenience.

8. This schedule will facilitate the resolution of both actions and promote judicial efficiency.

9. The parties have not previously moved to extend the schedule set by the Court in its June 20, 2008 Minute Order, Dkt. No. 55.

Dated: July 15, 2008                    Respectfully submitted,

                                        GREGORY G. KATSAS
                                        Assistant Attorney General

                                        ELIZABETH J. SHAPIRO
                                        Assistant Director, Federal Programs Branch

                                        */S/ Adam D. Kirschner*
                                        ADAM D. KIRSCHNER (IL Bar No. 6286601)
                                        Trial Attorney, U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Ave., N.W., Room 7126
                                        Washington, D.C. 20530
                                        Telephone: (202) 353-9265
                                        Facsimile: (202) 616-8470
                                        E-mail: Adam.Kirschner@usdoj.gov

                                        *Attorneys for Defendants*

David L. Sobel *(pro hac vice)*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

*/s/*
Kurt Opsahl, Esq.
Marcia Hofmann, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Attorneys for Plaintiff*
ELECTRONIC FRONTIER FOUNDATION

## **GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Kurt Opsahl's concurrence in the filing of this document.

*/s/ Adam D. Kirschner*
Adam D. Kirschner

PURSUANT TO STIPULATION, IT IS ORDERED that the deadline for defendants' consolidated motion for summary judgment for C 08-1023 (JSW) and C 08-2997 (JSW) be set for November 7, 2008; the deadline for plaintiff to file its opposition brief and cross-motion for summary judgment, if any, be set for November 21, 2008; the deadline for defendants to file their opposition brief, if any, and reply be set for December 9, 2008; the deadline for plaintiff to file its reply, if any, be set for December 16, 2008.  It is FURTHER ORDERED that the Hearing on Cross-Motions for Summary Judgment is set for January 9, 2008 at 9:00 a.m.

DATED: _____        _____
                                                    Honorable Jeffrey S. White
                                                    United States District Judge