1  GREGORY G. KATSAS
   Assistant Attorney General
2
   ELIZABETH J. SHAPIRO
3  Assistant Director, Federal Programs Branch

4  ADAM D. KIRSCHNER (IL Bar No. 6286601)
   Trial Attorney, U.S. Department of Justice
5  Civil Division, Federal Programs Branch
   20 Massachusetts Ave., N.W., Room 7126
6  Washington, D.C. 20530
   Telephone: (202) 353-9265
7  Facsimile: (202) 616-8470
   Email: Adam.Kirschner@usdoj.gov
8  *Attorneys for Defendants*

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO
12

13

14  _____  ) No. 08-1023 JSW
    ELECTRONIC FRONTIER FOUNDATION,           )
15                                            ) **STIPULATION TO EXTEND**
    Plaintiff,                                ) **TIME TO FILE MOTION FOR**
16                                            ) **SUMMARY JUDGMENT AND**
    v.                                        ) **[PROPOSED] ORDER**
17                                            )
    OFFICE OF THE DIRECTOR OF NATIONAL        )
18  INTELLIGENCE and UNITED STATES            )
    DEPARTMENT OF JUSTICE                     )
19                                            )
    Defendants,                               )
20  _____  )

21
          THE PARTIES HEREBY STIPULATE, pursuant to Local Rules 6-1(b) and 7-12, that
22
    the filing deadline for defendants to file their motion for summary judgment shall be reset from
23
    August 1, 2008 to November 7, 2008, and that the accompanying briefing schedule be also reset.
24
    In support of this stipulation the parties state the following:
25
          1.    On June 20, 2008, this Court ordered the following briefing schedule: opening
26

27  Stipulation to Extend Time to File Motion for Summary Judgment and [Proposed] Order, C 08-1023 (JSW)

28

1    brief on August 1, 2008; opposition and cross-motion on August 15, 2008;

2    opposition to cross and reply on August 29, 2008; and reply on September 12,

3    2008.  The Court further set the hearing for the motions for October 3, 2008 at

4    9:00 a.m.  See Dkt. No. 55.

5    2.    Subsequent to setting this briefing schedule, this Court found that Electronic

6    Frontier Foundation v. Office of the Director of National Intelligence and United

7    States Department of Justice, C 08-2997 (JSW) was related to the above

8    captioned case.  See Dkt. No. 59.

9    3.    Extending the summary judgment deadline to November 7, 2008, will enable

10    defendants to file one consolidated summary judgment motion pursuant to

11    Federal Rule of Civil Procedure 42(a)(1) for the two related cases.

12    4.    With the extension of the summary judgment deadline, defendants will be able to

13    complete, barring unforeseen circumstances, the processing of Plaintiff's FOIA

14    requests that are the subject of C 08-2997 (JSW) by September 26, 2008, and

15    make interim responses by August 14, 2008 and September 4, 2008.  Should

16    unforeseen circumstances make it impracticable for defendants to comply with

17    this schedule, the plaintiff shall consider in good faith proposals to stipulate to

18    any necessary extensions.  Plaintiff's agreement will not be unreasonably

19    withheld.  In the event that any extension to this production schedule becomes

20    necessary, the parties agree to stipulate to a court ordered production schedule.

21    5.    By entering this stipulation, plaintiff does not waive, and hereby reserves the right

22    to argue that the agreed upon production schedule for C 08-2997 (JSW)

23    constitutes a complainant having substantially prevailed for purposes of 5 U.S.C.

24    § 552(a)(4)(E).

25    6.    Defendants assert that without extending the deadline for defendants' summary

26

27    Stipulation to Extend Time to File Motion for Summary Judgment and [Proposed] Order, C 08-1023 (JSW)

28    - 2 -

1    judgment motion in the above captioned case, they would not be able to meet this

2    schedule agreed upon by the parties.

3    7.    The parties thereby stipulate between themselves and propose to the Court that

4    defendants file a consolidated summary judgment motion pursuant to Federal

5    Rule of Civil Procedure 42(a)(1) by November 7, 2008; plaintiff files its

6    opposition brief and cross-motion for summary judgment, if any, by November

7    21, 2008; defendants file their opposition brief, if any, and reply by December 9,

8    2008; plaintiff files its reply, if any, by December 16, 2008; and the Court notice

9    the hearing on the cross-motions for summary judgment for January 9, 2008, or

10    for another date at the Court's convenience.

11    8.    This schedule will facilitate the resolution of both actions and promote judicial

12    efficiency.

13    9.    The parties have not previously moved to extend the schedule set by the Court in

14    its June 20, 2008 Minute Order, Dkt. No. 55.

15

16    Dated: July 15, 2008                    Respectfully submitted,

17                                            GREGORY G. KATSAS
                                             Assistant Attorney General
18
                                             ELIZABETH J. SHAPIRO
19                                           Assistant Director, Federal Programs Branch

20                                           */S/ Adam D. Kirschner*
                                             ADAM D. KIRSCHNER (IL Bar No. 6286601)
21                                           Trial Attorney, U.S. Department of Justice
                                             Civil Division, Federal Programs Branch
22                                           20 Massachusetts Ave., N.W., Room 7126
                                             Washington, D.C. 20530
23                                           Telephone: (202) 353-9265
                                             Facsimile: (202) 616-8470
24                                           E-mail: Adam.Kirschner@usdoj.gov

25                                           *Attorneys for Defendants*

26

27    Stipulation to Extend Time to File Motion for Summary Judgment and [Proposed] Order, C 08-1023 (JSW)

28    -3-

1     David L. Sobel *(pro hac vice)*
      ELECTRONIC FRONTIER FOUNDATION
2     1875 Connecticut Ave. NW
      Suite 650
3     Washington, DC 20009
      Telephone: (202) 797-9009 x104
4     Facsimile: (202) 707-9066

5     */s/*_____
      Kurt Opsahl, Esq.
6     Marcia Hofmann, Esq.
      ELECTRONIC FRONTIER FOUNDATION
7     454 Shotwell Street
      San Francisco, CA 94110
8     Telephone: (415) 436-9333
      Facsimile: (415) 436-9993
9
      *Attorneys for Plaintiff*
10    ELECTRONIC FRONTIER FOUNDATION

11

12    **GENERAL ORDER NO. 45(X) CERTIFICATION**

13    I attest that I have obtained Kurt Opsahl's concurrence in the filing of this document.

14                           */s/ Adam D. Kirschner*
                             Adam D. Kirschner
15

16

17    PURSUANT TO STIPULATION, IT IS ORDERED that the deadline for defendants'

18    consolidated motion for summary judgment for C 08-1023 (JSW) and C 08-2997 (JSW) be set

19    for November 7, 2008; the deadline for plaintiff to file its opposition brief and cross-motion for

20    summary judgment, if any, be set for November 21, 2008; the deadline for defendants to file

21    their opposition brief, if any, and reply be set for December 9, 2008; the deadline for plaintiff to

22    file its reply, if any, be set for December 16, 2008.  It is FURTHER ORDERED that the Hearing
                                                   16
23    on Cross-Motions for Summary Judgment is set for January 9, 2008 at 9:00 a.m.

24    DATED: _July 17, 2008_____      _____
                                        Honorable Jeffrey S. White
25                                      United States District Judge

26

27    Stipulation to Extend Time to File Motion for Summary Judgment and [Proposed] Order, C 08-1023 (JSW)

28                                             -4-