1  GREGORY G. KATSAS
   Assistant Attorney General

2

3  ELIZABETH J. SHAPIRO
   Assistant Director, Federal Programs Branch

4  ADAM D. KIRSCHNER (IL Bar No. 6286601)
   Trial Attorney, U.S. Department of Justice
5  Civil Division, Federal Programs Branch
   20 Massachusetts Ave., N.W., Room 7126
6  Washington, D.C. 20530
   Telephone: (202) 353-9265
7  Facsimile: (202) 616-8470
   Email: Adam.Kirschner@usdoj.gov
8  *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE and UNITED STATES DEPARTMENT OF JUSTICE<br><br>Defendants, | No. 08-1023 JSW<br><br>**STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER** |

THE PARTIES HEREBY STIPULATE, pursuant to Local Rules 6-1(b) and 7-12, that the filing deadline for defendants to file their motion for summary judgment shall be reset from August 1, 2008 to November 7, 2008, and that the accompanying briefing schedule be also reset. In support of this stipulation the parties state the following:

1. On June 20, 2008, this Court ordered the following briefing schedule: opening

Stipulation to Extend Time to File Motion for Summary Judgment and [Proposed] Order, C 08-1023 (JSW)

1  brief on August 1, 2008; opposition and cross-motion on August 15, 2008;
2  opposition to cross and reply on August 29, 2008; and reply on September 12,
3  2008. The Court further set the hearing for the motions for October 3, 2008 at
4  9:00 a.m. See Dkt. No. 55.

2. Subsequent to setting this briefing schedule, this Court found that <u>Electronic Frontier Foundation v. Office of the Director of National Intelligence and United States Department of Justice</u>, C 08-2997 (JSW) was related to the above captioned case. See Dkt. No. 59.

3. Extending the summary judgment deadline to November 7, 2008, will enable defendants to file one consolidated summary judgment motion pursuant to Federal Rule of Civil Procedure 42(a)(1) for the two related cases.

4. With the extension of the summary judgment deadline, defendants will be able to complete, barring unforeseen circumstances, the processing of Plaintiff's FOIA requests that are the subject of C 08-2997 (JSW) by September 26, 2008, and make interim responses by August 14, 2008 and September 4, 2008. Should unforeseen circumstances make it impracticable for defendants to comply with this schedule, the plaintiff shall consider in good faith proposals to stipulate to any necessary extensions. Plaintiff's agreement will not be unreasonably withheld. In the event that any extension to this production schedule becomes necessary, the parties agree to stipulate to a court ordered production schedule.

5. By entering this stipulation, plaintiff does not waive, and hereby reserves the right to argue that the agreed upon production schedule for C 08-2997 (JSW) constitutes a complainant having substantially prevailed for purposes of 5 U.S.C. § 552(a)(4)(E).

6. Defendants assert that without extending the deadline for defendants' summary

1 | judgment motion in the above captioned case, they would not be able to meet this
2 | schedule agreed upon by the parties.

3 | 7. The parties thereby stipulate between themselves and propose to the Court that
4 | defendants file a consolidated summary judgment motion pursuant to Federal
5 | Rule of Civil Procedure 42(a)(1) by November 7, 2008; plaintiff files its
6 | opposition brief and cross-motion for summary judgment, if any, by November
7 | 21, 2008; defendants file their opposition brief, if any, and reply by December 9,
8 | 2008; plaintiff files its reply, if any, by December 16, 2008; and the Court notice
9 | the hearing on the cross-motions for summary judgment for January 9, 2008, or
10 | for another date at the Court's convenience.

11 | 8. This schedule will facilitate the resolution of both actions and promote judicial
12 | efficiency.

13 | 9. The parties have not previously moved to extend the schedule set by the Court in
14 | its June 20, 2008 Minute Order, Dkt. No. 55.

Dated: July 15, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch

*/S/ Adam D. Kirschner*
ADAM D. KIRSCHNER (IL Bar No. 6286601)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7126
Washington, D.C. 20530
Telephone: (202) 353-9265
Facsimile: (202) 616-8470
E-mail: Adam.Kirschner@usdoj.gov

*Attorneys for Defendants*

Stipulation to Extend Time to File Motion for Summary Judgment and [Proposed] Order, C 08-1023 (JSW)

David L. Sobel *(pro hac vice)*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

*/s/*
Kurt Opsahl, Esq.
Marcia Hofmann, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Attorneys for Plaintiff*
ELECTRONIC FRONTIER FOUNDATION

## GENERAL ORDER NO. 45(X) CERTIFICATION

I attest that I have obtained Kurt Opsahl's concurrence in the filing of this document.

*/s/ Adam D. Kirschner*
Adam D. Kirschner

PURSUANT TO STIPULATION, IT IS ORDERED that the deadline for defendants' consolidated motion for summary judgment for C 08-1023 (JSW) and C 08-2997 (JSW) be set for November 7, 2008; the deadline for plaintiff to file its opposition brief and cross-motion for summary judgment, if any, be set for November 21, 2008; the deadline for defendants to file their opposition brief, if any, and reply be set for December 9, 2008; the deadline for plaintiff to file its reply, if any, be set for December 16, 2008. It is FURTHER ORDERED that the Hearing on Cross-Motions for Summary Judgment is set for ~~January 9, 2008~~ January 16, 2009 at 9:00 a.m.

DATED: July 21, 2008

Honorable Jeffrey S. White
United States District Judge

Stipulation to Extend Time to File Motion for Summary Judgment and [~~Proposed~~] Order, C 08-1023 (JSW)

-4-