1  GREGORY G. KATSAS
   Assistant Attorney General
2
   JOHN TYLER
3  Assistant Director, Federal Programs Branch

4  MARCIA BERMAN (PA Bar No. 66168)
   Trial Attorney, U.S. Department of Justice
5  Civil Division, Federal Programs Branch
   20 Massachusetts Ave., N.W., Room 7132
6  Washington, D.C. 20530
   Telephone: (202) 514-2205
7  Facsimile: (202) 616-8470
   Email: marcia.berman@usdoj.gov
8  *Attorneys for Defendants*

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO
12

13

14  _____
                                        ) No. 08-2997 JSW
    ELECTRONIC FRONTIER FOUNDATION,     )
15                                      ) **STIPULATION TO EXTEND**
    Plaintiff,                          ) **TIME TO FILE MOTION FOR**
16                                      ) **SUMMARY JUDGMENT**
    v.                                  )  **AND ORDER THEREON**
17                                      )
    OFFICE OF THE DIRECTOR OF NATIONAL  )
18  INTELLIGENCE and UNITED STATES      )
    DEPARTMENT OF JUSTICE               )
19                                      )
    Defendants,                         )
20  _____)

21        THE PARTIES HEREBY STIPULATE, pursuant to Local Rules 6-1(b), 6-2, and 7-12,
22
    that the filing deadline for defendants to file their consolidated motion for summary judgment
23
    shall be reset from November 21, 2008, to December 8, 2008, and that the accompanying
24
    briefing schedule shall also be reset. In support of this stipulation, the parties state the
25
    following:
26

27
    Stipulation to Extend Time to File Motion for Summary Judgment , C 08-2997 (JSW)
28

1. On October 8, 2008, this Court ordered, pursuant to stipulation, that the deadline for defendants' consolidated motion for summary judgment for C 08-1023 (JSW) and C 08-2997 (JSW) be set for November 21, 2008; the deadline for plaintiff to file its opposition brief and cross-motion for summary judgment, if any, be set for December 23, 2008; the deadline for defendants to file their opposition brief, if any, and reply be set for January 16, 2009; the deadline for plaintiff to file its reply, if any, be set for January 30, 2009; and the Hearing on Cross-Motions for Summary Judgment be set for February 27, 2009 at 9:00 a.m.

2. The parties have agreed that in an effort to narrow the scope of disputed issues before the Court, defendants will provide copies of multiple preliminary Vaughn indices to plaintiff in advance of filing their consolidated motion for summary judgment. Plaintiff will then inform defendants of the scope of their challenges under the FOIA and defendants will brief those issues accordingly.

3. The parties have further agreed to extend the summary judgment briefing schedule by two weeks to accommodate this procedure.

4. Because it will promote judicial efficiency and facilitate resolution of this litigation for the parties to attempt to narrow the scope of disputed issues prior to defendants' filing their consolidated motion for summary judgment, the parties now stipulate for defendants to file their motion for summary judgment on December 8, 2008; for plaintiff to file its opposition brief and cross-motion for summary judgment, if any, by January 9, 2009; for defendants to file their opposition brief, if any, and reply by January 30, 2009; for plaintiff to file its reply, if any, by February 13, 2009; and for the Court to notice the hearing on the

cross-motions for summary judgment for March 13, 2009, at 9:00 a.m., or for another date at the Court's convenience.

Dated: November 19, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN TYLER
Assistant Director, Federal Programs Branch

*/s/ Marcia Berman*
MARCIA BERMAN (PA Bar No. 66168)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7132
Washington, D.C. 20530
Telephone: (202) 514-2205
Facsimile: (202) 616-8470
E-mail: marcia.berman@usdoj.gov

*Attorneys for Defendants*

David L. Sobel *(pro hac vice)*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

*/s/*
Kurt Opsahl, Esq.
Marcia Hofmann, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Attorneys for Plaintiff*

Stipulation to Extend Time to File Motion for Summary Judgment , C 08-2997 (JSW)

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Marcia Hoffman's concurrence in the filing of this document.

        */s/ Marcia Berman*
        MARCIA BERMAN

PURSUANT TO STIPULATION, IT IS ORDERED that the deadline for defendants' consolidated motion for summary judgment for C 08-1023 (JSW) and C 08-2997 (JSW) be set for December 8, 2008; the deadline for plaintiff to file its opposition brief and cross-motion for summary judgment, if any, be set for January 9, 2009; the deadline for defendants to file their opposition brief, if any, and reply be set for January 30, 2009; and the deadline for plaintiff to file its reply, if any, be set for February 13, 2009. It is FURTHER ORDERED that the Hearing on Cross-Motions for Summary Judgment is set for March 13, 2009 at 9:00 a.m.

DATED: November 24, 2008

                                  Honorable Jeffrey S. White
                                  United States District Judge