GREGORY G. KATSAS
Assistant Attorney General

JOHN TYLER
Assistant Director, Federal Programs Branch

MARCIA BERMAN (PA Bar No. 66168)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7132
Washington, D.C. 20530
Telephone: (202) 514-2205
Facsimile: (202) 616-8470
Email: marcia.berman@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE and UNITED STATES DEPARTMENT OF JUSTICE<br><br>Defendants, | ) No. 08-2997 JSW<br>)<br>) **STIPULATION TO EXCEED**<br>) **PAGE LIMITATION FOR**<br>) **MOTIONS FOR SUMMARY**<br>) **JUDGMENT**<br>) **AND ORDER THEREON**<br>)<br>)<br>)<br>)<br>) |

      THE PARTIES HEREBY STIPULATE, pursuant to Local Rules 7-4(b) and 7-12, that the page limitation for defendants' consolidated motion for summary judgment, due on December 8, 2008, shall be extended to up to 50 pages, and that plaintiff's opposition brief and cross-motion for summary judgment may also be up to 50 pages, should plaintiff find that it needs additional pages to respond to defendants' consolidated motion for summary judgment and

Stipulation to Exceed Page Limitation for Motions for Summary Judgment , C 08-2997 (JSW)

cross-move for summary judgment. In support of this stipulation, the parties state the following:

1. Defendants' motion for summary judgment is due on December 8, 2008. The motion will be a consolidated motion for summary judgment for two Freedom of Information Act ("FOIA") cases, C 08-1023 (JSW) and C 08-2997 (JSW). (See Civil Action No. 08-1023, dkt. # 59). These two cases involve multiple FOIA requests to multiple federal agency components and large volumes of responsive and exempt documents. The brief discusses numerous exemptions claimed to protect various documents from disclosure under the FOIA, and multiple declarations will be submitted in support of the brief. The brief also necessarily includes a detailed factual discussion of the FOIA requests and the components' responses.

2. The parties have agreed to extend the page limitations for their opening briefs in support of their motions for summary judgment, to up to 50 pages. Plaintiff recognizes that it may not need additional pages and cannot make that determination until it receives defendants' consolidated motion for summary judgment. Nevertheless, plaintiff has no objection to the Court granting the government additional pages provided that plaintiff receives the same number of pages.

3. Because of the complexity of the case, both factually and legally, the parties respectfully request this extension of the 25-page limitation set forth in Local Rule 7-4(b).

Dated: December 5, 2008          Respectfully submitted,

                                              GREGORY G. KATSAS
                                              Assistant Attorney General

                                              JOHN TYLER
                                              Assistant Director, Federal Programs Branch

                          */s/ Marcia Berman*
                          MARCIA BERMAN (PA Bar No. 66168)
                          Trial Attorney, U.S. Department of Justice
                          Civil Division, Federal Programs Branch
                          20 Massachusetts Ave., N.W., Room 7132
                          Washington, D.C. 20530
                          Telephone: (202) 514-2205
                          Facsimile: (202) 616-8470
                          E-mail: marcia.berman@usdoj.gov

                          *Attorneys for Defendants*

                          David L. Sobel *(pro hac vice)*
                          ELECTRONIC FRONTIER FOUNDATION
                          1875 Connecticut Ave. NW
                          Suite 650
                          Washington, DC 20009
                          Telephone: (202) 797-9009 x104
                          Facsimile: (202) 707-9066

                          */s/*
                          Kurt Opsahl, Esq.
                          Marcia Hofmann, Esq.
                          ELECTRONIC FRONTIER FOUNDATION
                          454 Shotwell Street
                          San Francisco, CA 94110
                          Telephone: (415) 436-9333
                          Facsimile: (415) 436-9993

                          *Attorneys for Plaintiff*

The stipulation is DENIED. The parties may have 35 pages for the opening and opposition briefs and 20 pages for their replies.

Dated: December 5, 2008

*[signature: Jeffrey S. White]*

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

Stipulation to Exceed Page Limitation for Motions for Summary Judgment , C 08-2997 (JSW)

-3-