IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELECTRONIC FRONTIER FOUNDATION,

    Plaintiff,

    v.

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE and DEPARTMENT OF JUSTICE,

    Defendants.

No. C 08-01023 JSW
No. C 08-02997 JSW

**ORDER RE MOTION TO STAY**

This matter is set for a hearing on April 3, 2009 on Plaintiff's motion to stay. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than February 24, 2009 and a reply brief shall be filed by no later than March 3, 2009.

In addition, the hearing on the parties' cross-motions for summary judgment set for March 13, 2009 is HEREBY VACATED and shall be reset, if necessary.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 11, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE