TONY WEST
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

MARCIA BERMAN (PA Bar No. 66168)
Senior Counsel, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7132
Washington, D.C. 20530
Telephone: (202) 514-2205
Facsimile: (202) 616-8470
Email: marcia.berman@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendants. | Nos. 08-2997 JSW & 08-1023 JSW<br><br>**STIPULATION TO EXPEDITE MOTION FOR A 60-DAY STAY PENDING APPEAL DETERMINATION BY SOLICITOR GENERAL AND ORDER THEREON** |

THE PARTIES HEREBY STIPULATE, pursuant to Local Rules 6-1(b), 6-2, and 7-12, to expedite the briefing and adjudication of Defendants' Motion for a 60-Day Stay Pending Appeal Determination by Solicitor General, filed concurrently herewith. Defendants' Motion seeks a 60-day stay of the Court's September 24, 2009 order, which ordered that "the improperly withheld documents shall be disclosed by no later than October 9, 2009. " Dkt. No. 90. Accordingly, it is necessary to expedite defendants' Motion so that it is decided prior to the October 9, 2009 disclosure deadline. The parties therefore stipulate that plaintiff's response to

Stip. to Expedite Mtn for 60-Day Stay Pending Appeal Determination – C 08-2997 & 08-1023 (JSW)

defendants' Motion be filed on or before October 6, 2009, and that the Court hear defendants' Motion on October 7, 2009, at 9:00 a.m., or submit defendants' Motion for decision without hearing as of the conclusion of briefing.

Dated: Sept. 30, 2009

Respectfully submitted,

TONY WEST
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Marcia Berman*
MARCIA BERMAN (PA Bar No. 66168)
Senior Counsel, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7132
Washington, D.C. 20530
Telephone: (202) 514-2205
Facsimile: (202) 616-8470
E-mail: marcia.berman@usdoj.gov

*Attorneys for Defendants*


*/s/ Marcia Hofmann*
Marcia Hofmann, Esq.
Kurt Opsahl, Esq.
Nathan D. Cardozo, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

David L. Sobel *(pro hac vice)*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

*Attorneys for Plaintiff*

Stip. to Expedite Mtn for 60-Day Stay Pending Appeal Determination – C 08-2997 & 08-1023 (JSW)    2

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Marcia Hofmann's concurrence in the filing of this document.

*/s/ Marcia Berman*
MARCIA BERMAN

PURSUANT TO STIPULATION, IT IS ORDERED that plaintiff's response to Defendants' Motion for a 60-Day Stay Pending Appeal Determination by Solicitor General be filed on or before October 6, 2009. It is FURTHER ORDERED that the Court hear defendants' Motion on ~~October 7, 2009~~ October 9, 2009, at 9:00 a.m., or submit defendants' Motion for decision without hearing as of the conclusion of briefing.

DATED: October 2, 2009

Honorable Jeffrey S. White
United States District Judge

Stip. to Expedite Mtn for 60-Day Stay Pending Appeal Determination – C 08-2997 & 08-1023 (JSW)        3