TONY WEST
Assistant Attorney General

JOHN TYLER
Assistant Director, Federal Programs Branch

MARCIA BERMAN (PA Bar No. 66168)
Senior Counsel, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7132
Washington, D.C. 20530
Telephone: (202) 514-2205
Facsimile: (202) 616-8470
Email: marcia.berman@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE and UNITED STATES DEPARTMENT OF JUSTICE<br><br>Defendants, | Nos. 08-2997, 08-1023 JSW<br><br>**SECOND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |

THE PARTIES HEREBY STIPULATE, pursuant to Local Rules 6-1(b), 6-2, and 7-12, that the Case Management Conference currently set for July 23, 2010, shall be continued to September 10, 2010. In support of this stipulation, the parties state the following:

1. On May 3, 2010, the United States Court of Appeals for the Ninth Circuit issued the mandate in this case, giving effect to the Ninth Circuit's judgment entered on

Second Stipulation to Continue Case Management Conference , Case Nos. 08-2997, 08-1023 (JSW)

1. February 9, 2010. In that opinion, the Ninth Circuit vacated this Court's denial of summary judgment for the Government and grant of summary judgment for plaintiff EFF as to FOIA Exemptions 3 and 5, and remanded for consideration of these exemptions consistent with the court's opinion.

2. On May 5, 2004, the Court set a Case Management Conference for July 2, 2010, at 1:30 p.m.

3. On June 23, 2010, the parties filed a stipulation asking the Court to continue the Case Management Conference to July 23, 2010. The parties explained that they needed the additional time to complete a process in which they were jointly engaged of determining the issues that remain for litigation. The parties sought a continuation of the Case Management Conference to promote judicial efficiency and facilitate resolution of the litigation.

4. On June 24, 2010, the Court granted the parties' stipulation and continued the Case Management Conference to July 23, 2010. The Court further ordered that the joint case management conference statement shall be due on or before July 16, 2010.

5. The parties have completed the exchange of information that was referenced in the prior stipulation, and they are now actively engaged in settlement negotiations. The parties request that the Court continue the Case Management Conference scheduled for July 23, 2010, to September 10, 2010, to facilitate the parties' efforts to resolve this case without further litigation.

Dated: July 14, 2010        Respectfully submitted,

TONY WEST
Assistant Attorney General

JOHN TYLER
Assistant Director, Federal Programs Branch

|   |   |
|---|---|
| 1 | /s/ Marcia Berman |
|   | MARCIA BERMAN (PA Bar No. 66168) |
| 2 | Senior Counsel, U.S. Department of Justice |
|   | Civil Division, Federal Programs Branch |
| 3 | 20 Massachusetts Ave., N.W., Room 7132 |
|   | Washington, D.C. 20530 |
| 4 | Telephone: (202) 514-2205 |
|   | Facsimile: (202) 616-8470 |
| 5 | E-mail: marcia.berman@usdoj.gov |

*Attorneys for Defendants*

David L. Sobel *(pro hac vice)*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

/s/ Marcia Hofmann
Cindy Cohn, Esq.
Kurt Opsahl, Esq.
Marcia Hofmann, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Attorneys for Plaintiff*

Second Stipulation to Continue Case Management Conference , Case Nos. 08-2997, 08-1023 (JSW)
-3-

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Marcia Hofmann's concurrence in the filing of this document.

                */s/ Marcia Berman*
                MARCIA BERMAN

PURSUANT TO STIPULATION, IT IS ORDERED that the Case Management Conference is continued from July 23, 2010 to September 10, 2010, at 1:30 p.m. or a time convenient for the Court. The joint case management conference statement shall be due on or before September 3, 2010.

DATED: July 15, 2010

                Honorable Jeffrey S. White
                United States District Judge