1  TONY WEST
   Assistant Attorney General
2
   JOHN TYLER
3  Assistant Director, Federal Programs Branch

4  MARCIA BERMAN (PA Bar No. 66168)
   Senior Counsel, U.S. Department of Justice
5  Civil Division, Federal Programs Branch
   20 Massachusetts Ave., N.W., Room 7132
6  Washington, D.C. 20530
   Telephone: (202) 514-2205
7  Facsimile: (202) 616-8470
   Email: marcia.berman@usdoj.gov
8  *Attorneys for Defendants*

9
                  UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO
12

13

14  _____  ) Nos. 08-2997, 08-1023 JSW
                                           )
    ELECTRONIC FRONTIER FOUNDATION,        )
15                                         ) **STIPULATION TO VACATE**
    Plaintiff,                             ) **CASE MANAGEMENT**
16                                         ) **CONFERENCE**
         v.                                )
17                                         )
    OFFICE OF THE DIRECTOR OF NATIONAL     )
18  INTELLIGENCE and UNITED STATES         )
    DEPARTMENT OF JUSTICE                  )
19                                         )
    Defendants,                            )
20  _____  )

21
         THE PARTIES HEREBY STIPULATE, pursuant to Local Rules 6-1(b), 6-2, and 7-12,
22
    that the Case Management Conference currently set for September 10, 2010, shall be vacated.  In
23
    support of this stipulation, the parties state the following:
24
         1.   On July 14, 2010, the parties informed the Court that they were actively engaged
25
              in settlement negotiations and requested that the Court continue the Case
26

27
    Stipulation to Vacate Case Management Conference , Case Nos. 08-2997, 08-1023 (JSW)
28

Management Conference previously scheduled for July 23, 2010, to September 10, 2010.

2. On September 1, 2010, the parties entered into a Settlement Agreement in these consolidated cases. The Settlement Agreement provides that defendants shall make a payment to plaintiff EFF for attorneys' fees, expenses, and costs within 60 days of the date of the Agreement and that the parties will jointly stipulate to dismiss these consolidated cases with prejudice.

3. Accordingly, there is no need for the Case Management Conference. A stipulation for dismissal will be filed after EFF receives its payment.

Dated: Sept. 3, 2010         Respectfully submitted,

TONY WEST
Assistant Attorney General

JOHN TYLER
Assistant Director, Federal Programs Branch

*/s/ Marcia Berman*
MARCIA BERMAN (PA Bar No. 66168)
Senior Counsel, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7132
Washington, D.C. 20530
Telephone: (202) 514-2205
Facsimile: (202) 616-8470
E-mail: marcia.berman@usdoj.gov

*Attorneys for Defendants*

David L. Sobel *(pro hac vice)*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

*/s/ Marcia Hofmann*
Cindy Cohn, Esq.

Stipulation to Vacate Case Management Conference , Case Nos. 08-2997, 08-1023 (JSW)
-2-

1  
2  Kurt Opsahl, Esq.  
3  Marcia Hofmann, Esq.  
   ELECTRONIC FRONTIER FOUNDATION  
4  454 Shotwell Street  
   San Francisco, CA 94110  
   Telephone: (415) 436-9333  
   Facsimile: (415) 436-9993  

5  *Attorneys for Plaintiff*

6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Stipulation to Vacate Case Management Conference , Case Nos. 08-2997, 08-1023 (JSW)

-3-

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Marcia Hofmann's concurrence in the filing of this document.

*/s/ Marcia Berman*
MARCIA BERMAN

PURSUANT TO STIPULATION, IT IS ORDERED that the Case Management Conference scheduled for September 10, 2010, is vacated.

DATED: _____        _____
                                    Honorable Jeffrey S. White
                                    United States District Judge

Stipulation to Vacate Case Management Conference , Case Nos. 08-2997, 08-1023 (JSW)
-4-

DECLARATION OF MARCIA BERMAN IN SUPPORT OF
STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE

I, MARCIA BERMAN, declare the following:

1. On July 14, 2010, the parties informed the Court that they were actively engaged in settlement negotiations and requested that the Court continue the Case Management Conference previously scheduled for July 23, 2010, to September 10, 2010.

2. On September 1, 2010, the parties entered into a Settlement Agreement in these consolidated cases. The Settlement Agreement provides that defendants shall make a payment to plaintiff EFF for attorneys' fees, expenses, and costs within 60 days of the date of the Agreement and that the parties will jointly stipulate to dismiss these consolidated cases with prejudice.

3. Accordingly, there is no need for the Case Management Conference. A stipulation for dismissal will be filed after EFF receives its payment.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2010.

*/s/ Marcia Berman*
MARCIA BERMAN