1  Kurt Opsahl (SBN 191303)
   *kurt@eff.org*
2  Marcia Hofmann (SBN 250087)
   *marcia@eff.org*
3  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
4  San Francisco, CA 94110
   Telephone: (415) 436-9333 x116
5  Facsimile: (415) 436-9993

6  David L. Sobel (*pro hac vice*)
   *sobel@eff.org*
7  ELECTRONIC FRONTIER FOUNDATION
   1875 Connecticut Ave. NW
8  Suite 650
   Washington, DC  20009
9  Telephone: (202) 797-9009 x104
   Facsimile: (202) 707-9066

10

11  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | NOS. 08-2997, 08-1023 JSW |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| v. | |
| OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE and UNITED STATES DEPARTMENT OF JUSTICE | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Electronic Frontier Foundation and defendants Office of the Director of National Intelligence and United States Department of Justice hereby stipulate to the dismissal of these consolidated cases with prejudice.

| | |
|---|---|
| DATED: September 29, 2010 | Respectfully submitted, |
| | TONY WEST<br>Assistant Attorney General |
| | JOHN TYLER<br>Assistant Director, Federal Programs Branch |
| | */s/ Marcia Berman*<br>MARCIA BERMAN (PA Bar No. 66168)<br>Senior Counsel, U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 7132<br>Washington, D.C. 20530<br>Telephone: (202) 514-2205<br>Facsimile: (202) 616-8470<br>E-mail: marcia.berman@usdoj.gov |
| | *Attorneys for Defendants* |
| | David L. Sobel (*pro hac vice*)<br>ELECTRONIC FRONTIER FOUNDATION<br>1875 Connecticut Ave. NW<br>Suite 650<br>Washington, DC 20009<br>Telephone: (202) 797-9009 x104<br>Facsimile: (202) 707-9066 |
| | */s/ Marcia Hofmann*<br>Cindy Cohn<br>Kurt Opsahl, Esq.<br>Marcia Hofmann, Esq.<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, CA 94110<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993 |
| | *Attorneys for Plaintiff* |

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Marcia Berman's concurrence in the filing of this document.

*/s/ Marcia Berman*
MARCIA BERMAN

1  PURSUANT TO STIPULATION, IT IS ORDERED that these consolidated cases are
2  dismissed with prejudice.
3
4  DATED: September 29, 2010    _____
                                Honorable Jeffrey S. White
5                               United States District Judge